FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**United States District Court: District of Delaware**

**2007 OCT 30   AM 11: 49**

Plaintiff
James Coppedge on behalf of
Coppedge for [ illegible, ill./ judgment creditor & plaintiff
37421 L 13th
Philadelphia, Pennsylvania, [19140]

V.                                                          0 7 - 6 8 4

Defendant
**CITY OF PHILADELPHIA, Judgment / DEBTOR**

et. al.
Petition to compel arbitration by
**Affidavit of Maritime Commercial Contract enforcement under Title 9 Sec. 1 & 2 validity,
irrevocability and enforcement of agreements to arbitrate.**

To Clerk of US Court:

Whereas, since the defendant refuses to cease and decease harassment of the Secured Party
creditor this is a request to file a claim against the defendant in the amount of Ten Million USD.
Enclosed you will find Affidavits, non-responses, proof of service, postal verifications, letters,
default stipulation and a demand for payment letter with an informative short history and
explanation of these circumstances.

Whereas the plaintiff / Judgment creditor served the defendant/Judgment debtor June 26, 2007.
The defendants/Judgment debtor never answered nor rebutted the Affidavit of Special Negative
Averment. The defendant defaulted on the contract July 6, 2007 and July 31, 2007 by non-
response to the notary. The default conditions stipulated under Title 9 USC that enforcement
establishes an Administrative Judgment after a 90 day period, a bona fide lien is established under
supplemental rule AB&C. The defendant/Judgment debtor is liable on the contract valued at Ten
Million USD. The defendant was properly served and failed to pay on the said debt agreed to by
its own omission by default by silence.

Whereas the Judgment Creditor is changing the venue under Title 9 USC 204 due to a perceived
conspiracy by the CITY OF PHILADELPHIA IN PENNSYLVANIA via its agents and attorneys.
Also, maritime liens/admiralty contracts are enforceable anywhere within the U.S.

Whereas the defendant/Judgment Debtor has circumvented the stipulations by attempting to use
illegal methods by the Philadelphia Courts via its attorneys unlawfully without due process under
color of law, to deprive the plaintiff/Judgment creditor of his rights and liberties to collect monies
under perceived illegal contracts noted in the default stipulation.

Whereas jurisdiction to collect the damages of Ten Million USD are valid and enforceable under
Title 9 USC Sections: 1, 2, 4, 202, 203, 204, 206, 301, 303, 304, & Title 28 USC 1333.

I am

Yours in Christ,

_(illegible signature)_
James Coppedge, Secured Party/Creditor Pro Se

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

Also, Bill of Peace

# DEMAND FOR PAYMENT DUE

CITY OF PHILADELPHIA
Attention: Ann Pasqualla (sp)
         City Solicitor
LAW DEPARTMENT / FINANCE DEPARTMENT
1515 Arch Street
17TH Floor
Philadelphia, PA  19102

Dear Ms. Pasqualla (sp):

We have previously written to you regarding the default debt for payment in the amount
of Ten Million Nine Hundred Seventy Five Thousand Dollars ($10,975.000.00). The
City has not responded. The City's lack of intention to my complaint and overdue fee
has left us know alternative, but to assume that this debt is valid and legally owed to
Copacabana / ex. Rich.

**Make payment now.**  Mail your check for payment in full to:

215-226-0259

Make payment now or give reason why further collection action should not take place.
The City's check is expected immediately. This is an attempt to collect a debt. Any
information obtained will be used for that purpose and/or referral to an outside collection
agency.

Your canceled check will serve as your receipt which is due immediately.

Respectfully,

UCC 3 – 419/201

NICETOWN STATION
PHILADELPHIA, Pennsylvania
191409998
4165410142 -0098
08/30/2007    (215)225-8373    04:25:31 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| PHILADELPHIA PA 19102 | | | $0.41 |
| Zone-0 First-Class | | | |
| Letter | | | |
| 1.00 oz. | | | |
| Return Rcpt (Green Card) | | | $2.15 |
| Certified | | | $2.65 |
| Label #:    7005182000055374 6674 | | | |
| Customer Postage | | | -$0.82 |
| Subtotal: | | | $4.39 |
| Issue PVI: | | | $4.39 |
| HAVERTOWN PA 19083 | | | $0.58 |
| Zone-1 First-Class | | | |
| Letter | | | |
| 1.30 oz. | | | |
| Return Rcpt (Green | | | $2.15 |
| Certified | | | $2.65 |
| Label #:    7005182000055374 6872 | | | |
| Issue PVI: | | | $5.38 |
| Total: | | | $9.77 |

Paid by:
Cash                     $20.00
Change Due:             -$10.23

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202115977
Clerk: 07

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
*****************************************
*****************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*****************************************
*****************************************

Customer Copy

*[handwritten, left margin]* Demand for payment Receipt 08-30-07

*[handwritten on Certified Mail Receipt]* City of Phila Mun Law Office 1515 Arch Street 17th floor Phila PA 1910—

James Coppedge
Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA 19140

October 11, 2006

COMMISSIONER JOANN DECKER
DEPARTMENT OF RECORDS
ROOM 156 * CITY HALL
PHILADELPHIA, PA 19107

Dear Commissioner Decker:

Greetings in the name of our Blessed Lord and Savior Jesus Christ.

As you know on September 25, 2006, on behalf of Coppedge Real-Estate I attempted to file a valid UCC-1 State acknowledge document with the appropriate fee in room 111 of City Hall. The supervisor referred this document to you, the responsible officer, for permission to file the document which *you denied.*

Please be advised that should future issues arise regarding this matter, your denial maybe considered a breach of the Secured Party's Security Agreement.

Please reconsider.

In Christ,

Coppedge Real Estate, LLC, Secured Party
Rev. J. Coppedge,
President



$Acts\ 4:12$

## AFFIDAVIT OF SERVICE

C/o 3742 N. 18th Street
Philadelphia, Pennsylvania 19140

CITY OF PHILADELPHIA
OFFICE OF THE DIRECTOR OF FINANCE
1515 ARCH STREET, 14TH FLOOR
PHILADELPHIA, PA 19104

**Subject**: Service of Claim Documents

Dear Director;

On August 2, 2007 I personally delivered a claim document to Mr. Ronald J. McEnnis,
claims manager of the Risk Management Division. Mr. McEnnis accepted the document,
but refused to give me a receipt with a file number for filing this document. The original
service date of this document as indicated above was on August 2, 2007. A copy of this
claims document is enclosed. I believe this was an illegal act of ethnic discrimination
and political oppression and should not be tolerated. A copy of his card is attached.

Signed this __3RD__ day of __AUGUST__, 20 __07__.

By: _____
        Officer or Agent

State of __PENNSYLVANIA__ }
County of __PHILADELPHIA__ } ss                    JURAT

On __AUGUST 3, 2007__
20__07__  before me, __JOHN T MELVIN JR__

_____ , appeared
__JAMES COPRIDGE.__

Personally known to me or proved to me on the basis of satisfactory evidence to be the
person whose name is/are subscribed to the within instrument and acknowledged to me
that he executed the same in his authorized capacity(ies), and that by his signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.
WITNESS my hand and official seal.

Signature _____
        Signature of Notary
Affiant _____ know _____ ✓ _____ Produced ID

Type of ID __DRIVER LICENSE.__

Seal)
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007



CITY OF PHILADELPHIA
OFFICE OF THE DIRECTOR OF FINANCE

RONALD J. McENNIS
CLAIMS MANAGER

(215) 683-1714
Fax: (215) 683-1705
E-MAIL  ronald.mcennis@phila.gov

RISK MANAGEMENT DIVISION
1515 ARCH ST., 14TH FL.
PHILADELPHIA, PA 19102

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

City of Phila
Risk management
Office of the Director of
Finance
1515 ARCH St. 14th FL
Phila, PA 19102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kathleen Brown_     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Kathleen Brown          8/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☑ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
(Transfer from service label)   EB 36 7438 202 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

RICETOWN STATION
PHILADELPHIA, Pennsylvania
191349508
4165415142 -0036
(215)225-5373
08/06/2007   10:45:13 AM

Sales Receipt
Product    Sale   Unit    Final
Description  Qty   Price   Price

PHILADELPHIA PA 19104
Zone-0 Express Mail     $16.25
PO-Add Flat Rate
11.30 oz.
Label #.    EB367438202US
Next Day Noon  / Normal
Delivery
Return Recpt (Green Card)   $2.15

Issue PVI:                  $18.40

Total:                      $18.40

Paid by:
Cash                        $20.00
Change Due:                 -$1.60

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402196793
Clerk: 10

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
************************************
************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
************************************
************************************

Customer Copy

---

EB 367438202 US

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**   Label 11-B  March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day |  |  |  |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day |  |  |  |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day |  |  |  |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

NO DELIVERY   ☐ Weekend  ☐ Holiday     Mailer Signature

TO: (PLEASE PRINT)   PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

---

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|  | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|  | Month    Day | $ |
| Mo.   Day   Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted  ☐ AM | ☐ Noon   ☐ 3 PM | $    $ |
|  ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
|  | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs.   ozs. |  |  |

FROM: (PLEASE PRINT)   PHONE (

## TABLE OF CONTENTS

GENERAL CLAIM INFORMATION FORM ..................................................................1

NOTICE OF INTENT TO FILE A MARITIME CLAIM /LIEN…………………..………2

CERTIFICATION OF NON-RESPONSE    (1)…………….………………………………5

CERTIFICATION OF NON-RESPONSE    (2)…………….………………………………6

CITY OF PHILADELPHIA – Notice of Default and Stipulation……………………….....7

Affidavit of Specific Negative Averment…………………………………………............................................10

Bill of Peace……………………………………………………………………….…….15

UCC 1……………………………………………………………………………….…....22

UCC 1 CERTIFIED COPY………………………………………………………….……23

SECURITY AGEREEMENT…………………………………………………………………24

DOCUMENT PROBLEM NOTICE…………………………………………………….....34

ZONING BOARD OF ADJUSTMENT NOTICE –RE: CONTINUED HEARING…...35

STAMPED MONEY ORDER BY CITY OF PHILADELPHIA……………………….…36

MONEY ORDER RECEIPT  $153.50……………………………………………………37

REGISTERED MAIL RECEIPT    (1)  June 26, 2007……………………………………38

REGISTERED MAIL RECEIPT  (2)  July 16, 2007………………………………………41

ZONING NOTICE……………………………………………………………………………43

AFFIDAVIT OF STIPULATION OF MONOTARY JUDGEMENT…………………45

# CITY OF PHILADELPHIA
### RISK MANAGEMENT DIVISION - CLAIMS UNIT
515 ARCH STREET - 14th FLOOR
PHILADELPHIA, PA 19102
PHONE (215) 683-1700

## GENERAL CLAIM INFORMATION FORM

NAME: _Coppedge Real Estate LLC_     TODAY'S DATE: _7-23-07_
_James Coppedge_

ADDRESS: _3742 N. 18th St_     HOME TELEPHONE NUMBER: _215-226-0259_
_Phila, Pa 19140_     WORK TELEPHONE NUMBER: _Same_

DATE OF BIRTH: _7-29-44_     SOCIAL SECURITY NUMBER: _____

DATE AND TIME OF THE ACCIDENT/INCIDENT: _2005 thru 2007_

SPECIFIC LOSS LOCATION: _City Hall, Room 111, Phila, Pa 15130 and L+I_

DESCRIPTION OF THE LOSS EVENTS BEING PRESENTED AGAINST THE CITY (IN DETAIL):
(PLEASE USE REVERSE SIDE OR ADDITIONAL SHEETS (PAPER) IF MORE ROOM IS NEEDED)

_This Claim is about negligence of some City employee(s) who_
_refused to follow the laws of Justice and equality. Instead_
_some have practiced discrimation, political/oppression and injustice_
_(See Attachment)._

VERIFICATION THAT THE POLICE WERE NOTIFIED OF THE LOSS: _____YES _X_ NO
PLEASE PROVIDE THE POLICE REPORT DISTRICT CONTROL NUMBER: _____
NAME OF THE CITY DEPARTMENT INVOLVED: _Dept of Deed and L+I, and L+I Review_
NAME OF THE CITY EMPLOYEE INVOLVED: _C.M. Daniels, L+I_
CITY VEHICLE NUMBER OR TAG NUMBER: _____
NAMES OF ANY KNOWN WITNESS (ES): _Krishe Johnson_
ADDRESS AND/OR PHONE NUMBER OF THE WITNESS (ES): _267-312-1488_

IN ADDITION TO COMPLETING THIS FORM, PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING INFORMATION:
- A COPY OF YOUR INSURANCE DECLARATION SHEET. IF YOU HAVE NO INSURANCE PLEASE INDICTCATE THAT IN THE LOSS DESCRIPTION. THE CITY WILL PROVIDE AN AFFIDAVIT OF NO INSURANCE TO BE NOTARIZED AFTER SUBMITTING THIS LOSS
- TWO WRITTEN ESTIMATES FOR THE REPAIR REPLACEMENT OF YOUR PROPERTY
- PHOTOGRAPHS OF THE DEFECTIVE CONDITION CAUSING THE LOSS AND YOUR DAMAGED PROPERTY
- PROVIDE A COPY OF VEHICLE REGISTRATION
- NOTE: ALL DOCUMENTATION SUBMITTED WITH THIS FORM BECOMES PROPERTY OF THE CITY OF PHILADELPHIA, AND ARE NON-RETURNABLE.

## FRAUD WARNING

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY, MUNICIPALITY OR ANY OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

SIGNATURE: _Coppedge Real Estate, LLC_
_Coppedge_

**RISK MANAGEMENT**

## NOTICE
### OF INTENT TO FILE A
### MARITIME CLAIM LIEN

State of <u>Pennsylvania</u>
County of <u>Philadelphia</u>

Coppedge Real Estate, LLC/
Mr. James Coppedge
3742 N. 18th Street / 1st Fl, Apt. 1A
Philadelphia, PA 19140

July 31, 2007

Risk Management
1515 Arch Street, 14th Floor
Philadelphia, PA

To Whom It May Concern:

This claim is about injustice, racism, harassment, discrimination, and political oppression. I have been denied my civil rights which violated when I attempted to file a certified copy of my UCC 1- WITH SECURITY AGREEMENT AND AN AFFIDAVIT OF SPECIFIC NEGATIVE AVERNMENT. The City ignored the Averment Affidavit and is now in default. (See attachment). Under HJR 192 of June 5, 1933. I am entitled to redeem my exemption under the Redemption Process as every American Citizen is entitled. The City of Philadelphia clerks in Department of Deeds Room 111, City Hall apparently acting as attorneys refused to file my paper work with the appropriated fee. In fact since the Money order was stamped for cashing. It was filed and two weeks later withdrawn.

Therefore, my beloved City practices discrimination by filing only those documents that are in its interest and favor no matter how illegal their actions might be. This had to be a political oppression decision and therefore in violation of federal law of which I am entitled. The UCC 1 of which I am holder-in-due-course of Coppedge Real Estate, LLC is necessary for property protection against the claim set forth above. The City is in breach by refusing a justified delivery UCC 3-6, 603(b).Please see City Solicitor, A. Pasqualli for my complete file in short, the City was negligent in refusing to file my legal documents as presented.

### Questions:

1).     Were the clerks employees in the above filing office acting as attorneys when they refused to file my official documents?
2).     Did the clerk employee break federal law by dishonoring the documents?

3).    Did the clerk employee(s) cause the City to Default by not filing and forwarding the Specific Negative Averment?

4).    Were the Documents filed then withdrawn after the money order filing fee was stamped?

5).    What law did the clerk employee(s) use to deny a Superior Claim to my exemption?

6).    Why did CM DANIELS, L & I inspector, sexually harass my assistant K. Johnson during an inspection at 3737 N. 18th Street earlier this year?

7).    Was it illegal for the 17i inspector to open the dresser draws of K. Johnson without her permission and against her will at her home during an inspection on January 23, 2007 @ 12 o'clock noon at 3737 n. 18th Street, Phila., Pa. 19140?

Racism started with Mr. David Yurkie, a white male, an employee of City Councilwoman Donna Miller, ordered L & I inspection through the L & I City Commissioner. Your investigation should show his involvement. Violations on my property which had been clear up were illegally allowed to be reinstated although they were cleared up in 1997 and 98. They were reused /reissued without and an inspection only the dates were changed to 2006 and 2007. I was scheduled for court dates that I was told were cancelled but were held any way knowing that I would not be there. Of course judgments were entered, and I had to pay an attorney to correct the problem. Also I was required to hire an attorney to handle the paper work that had been already straighten out with fines previously paid and paid again.

To pay for these injuries L & I and the Board of L & I Review (Zoning Board) have caused me to loss a lot of  money and one of my homes valued at $125.000.

Other loses include but not limited to the following.

1).    Legal fees: $ 20.000 X 3 =$60.000
2).    Loss of Home:  $125.000 X 3=$375.000

Violation of Civil Rights, injustice, racism discrimination and political oppression: $10,000,000.00

**Total: $10,975.000.00**

I am yours in Christ,

Coppedge Real Estate, LLC/
James Coppedge

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-entity
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

4

Signed this ___ day of _____, 20 __.

By: _____
       Officer or Agent

State of __PENNSYLVANIA__              }
County of __PHILADELPHIA__            }   SS.

On __31ST OF JULY__ _____,
20__ before me,
__JOHN T MELVIN JR__
_____
__JAMES COPPEDGE__ _____, appeared

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy
                                    JURAT

personally know to me 9or proved to me on the basis of satisfactory evidence0 to be the
person9s0 whose name9s0 is/are subscribed to the within instrument and acknowledged
to me that he executed the same in his authorized capacity(ies), and that by his
signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____
              Signature of Notary

Affiant          know          Produced ID

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

## CERTIFICATION OF NON-RESPONSE

I, __JOHN T MELVIN JR.__  a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC / James Coppedge's Affidavit of Specific Negative Averment and Bill of Peace from the City of Philadelphia, The Department of License and Inspection's Review Board (Zoning Board) as of the __16TH__ day of __JULY__ 2007.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

## CERTIFICATION OF NON-RESPONSE

I, _JOHN T MELVIN JR_,   a Notary Public, do hereby certify
and affirm that I have received no
response to Coppedge Real Estate,
LLC / James Coppedge's Affidavit
of Specific Negative Averment and
Bill of Peace from the City of
Philadelphia, The Department of
License and Inspection's Review
Board (Zoning Board) as of the
_31ST_ day of
_JULY_ 2007.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

Private and non-negotiable between the parties

c/o P.O. Box 4482
Philadelphia, Pennsylvania 19140

July 13, 2007

To Respondent:

CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW
(ZONING BOARD), CITY OF PHILADELPHIA,
    City Solicitor's Office
    Attn: City Solicitor
    1515 Arch Street
    Philadelphia, PA 19130

Re:    Two (2) Affidavits of the Undersigned and Proof of Service thereof, copy of each
    enclosed, and CERTIFICATION OF NON RESPONSE issued by Notary.

Notice of Default and Stipulation

1. The record reflects CITY OF PHILADELPHIA, BOARD OF LICENSE AND
INSPECTION REVIEW (ZONING BOARD), the above-named Respondent,
hereinafter 'Respondent," is in receipt of the below-enumerated documents on the
basis of service by Registered Mail as substantiated by Proof of Service bearing
date of June 26, 2007:

    • "Affidavit of Specific Negative Averment," dated June 26, 2007;

    • "Bill of Peace ," dated June 26, 2007

2. Executing, posting, and staking of the lawful claim and notice of Coppedge Real
Estate, LLC / James Coppedge, herein referenced as "the Undersigned," in
accordance with this Notice of Default and Stipulation, hereinafter "Notice of
Stipulation," the notarial CERTIFICATION OF NON-RESPONSE, and the two
(2) above-enumerated Affidavits, hereinafter "the Undersigned's Affidavits,"
establishes on the record Respondent's confession and consent of judgment, i.e.
lawful, contractual, and commercial res judicata, that, interalia:

    a. Respondent stipulates on the record that each and every material fact
affirmed in the Undersigned's Affidavits is true, correct, and complete not
misleading, and the truth, whole truth, and nothing but the truth in law,
commerce, substantial citation, and fact.

    b. Respondent possesses no verifiable and lawful corporate existence and
thereby devoid of all limited-liability underwriting, authority, solvency,
and credibility.

Private and non-negotiable between the parties

c. None of the unproved, undefined all-capital-letter assemblages of alphabetical symbols, such as CITY OF PHILADELPHIA, CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW (ZONING BOARD), and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787, 1791), and Government thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principal, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Respondent in any manner and constituting prima facie evidence, i.e. proof, that Respondent is committing treason, insurrection, and conspiracy to overthrow the Government of t he united States of America.

e. Respondent is lawfully estopped absolutely and permanently from acting against the Undersigned, the rights of the Undersigned, the property of the Undersigned, and the order, peace, sanctuary, and sanctity of the Undersigned's private life and private business in any manner whatsoever.

3. Any action by Respondent of any kind re this matter purporting to involve the Undersigned constitutes establishing on the record confession and consent of judgment by Respondent that any further actions by Respondent concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public records and reserves the right to incorporate this Notice of Stipulation in any proceedings arising from the subject matter established herein.

5. Reference to past hearings of this subject: UCC – 1, 201 (12)

§ 1608. Effect of its illegality
If any part of single consideration for one or more objects, or of several considerations for a single object, is unlawful, the entire contract is void.

§ 1441. Impossible or unlawful conditions void
A condition in a contract, the fulfillment of which is impossible or unlawful, within the meaning of the article on the object of contracts, or which is repugnant to the nature of the interest created by the contract, is void.

ℰ

§ 1668. Certain contracts unlawful

All contracts which have for their object, directly or indirectly, to exempt anyone from responsibility for his own fraud, or willful injury to the person or property of another, or violation of law, whether willful or negligent, are against the policy of the law.

§ 1708. Fraudulent deceit

One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS

Executed in sovereign, unlimited-liability capacity:

Coppedge Real Estate, LLC / James Coppedge

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

8|3|07

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

Private and non-negotiable between the parties

## Affidavit of Specific Negative Averment

One living, sentient, free-will, natural man known as James Coppedge/Coppedge Real Estate, LLC, hereinafter "One," acting with rights granted by life and upheld by all valid and just law declares and attests that the following facts are true, correct, and complete to the best of One's knowledge and in accord with One's deeply held spiritual convictions and creed as God Almighty.

One issues this Affidavit of Specific Negative Averment, hereinafter "Affidavit," on the basis that each and every party acting against One in any manner purports to be acting in an official capacity.

One denies that any of the below-named, undefined, and unproved beings/entities/persons/corporations/associations/trusts /unincorporated associations/limited partnerships/whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party:

JAMES COPPEDGE of 3742 N. 18th Street, Apt 1, Philadelphia, Pennsylvania 19140.
A MAN/WOMAN WITH SCALES, CITY ATTORNEY, CITY OF PHILADELPHIA
ALL-SUB.AGENCIES AND DIVISIONS OF ALL OF THE ABOVE ENTITITS
BOARD OF LICENSE AND INSPECTIONS REVIEW
THE GOVERNBMENT OF THE UNITED STATES
PHILADELPHIA COUNTY SUPERIOR COURT
L & I HOUSING CODE INFORCEMENT UNIT
STATE BAR OF PENNSYLVANIA
UNITED STATES GOVERNMENT
UNITED STATES OFO AMERICA
A MAN/WOMAN WITH SCALES
INTERNAL REVENUE SERVICE
COUNTY OF PHILADELPHIA
STATE OF PENNSYLVANIA
FRANCHISE TAX BOARD
ALL BAR ASSOCIATIONS
CITY OF PHILADELPHIA
U.S. GOVERNMENT
US GOVERNMENT
ZONING BOARD
UNITED STATES
U.S.A.
USA
U.S.
US

*Private and non-negotiable between the parties*

*The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with whom, how, and why. Rendering any such proceeding, and all matters connected therewith and pertaining thereto void for vagueness as per 46 Amour 2d. Judgments:*

> *700. Parties. A judgment should identify the parties for and against whom it is rendered with such certainty that it may be readily enforced and a judgment which does not do so may be regarded as void for uncertainty...."*

*This Affidavit constitutes a "specific negative averment" in accordance with Federal Rules of Civil Procedure Rule 9 (a) re alleged* "CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW (ZONING BOARD) & VIOLATION REVIEW APPEAL NO. 37011 DBA (Document being Appealed) #72057 3738 N. Bouvier Street, 37054, 37050, Calendar Number: 06-1276, premise: 3742, & 3739 N. 18th Street, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *One is not a party to an imaginary dispute between non-existent and non-appearing entities. Allegedly involving some undefined and unproved beings/ entities/persons/corporations/associations/trusts/unincorporated associations/whatever referenced as"* CITY OF PHILADELPHIA,' *hereinafter Fictional Agency," CLAIMANT, hereinafter Fictional Claimant," and* JAMES COPPEDGE, *hereinafter Fictional Debtor," whereby one declares and asserts absolutely that:*

1. *None of the above-enumerated all-capital-letter assemblages of letters exist and is solvent.*

2. *One is none of said all-captial-letter assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant and not Fictional Defendant and is therefore a non-party to* CITY OF PHILADELPHIA BOARD OF LICENCE AND INSPECTION REVIEW "CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW (ZONING BOARD) & VIOLATION REVIEW APPEAL NO. 37011 DBA (Document being Appealed) #72057 3738 N. Bouvier Street, 37054, 37050, Calendar Number: 06-1276, premise: 3742, & 3739 N. 18th Street, Philadelphia, Pennsylvania, or any other related accounts past, present or future."

3.  *One's true name is James Coppedge and not* JAMES COPPEDGE.

4.  *One's rank is t hat of unlimited-liability, living, sentient being with all absolute, unalienable rights, and power to uphold said rights intact.*

5.  *One's standing in law is that of a sovereign inhabitant on the soil of the land commonly referenced as "Pennsylvania".*

6.  *All assertions that One is a party to any proceeding concerning* "CITY OF PHILADELPHIA, BOARD OFLICENSE AND INSPECTION REVIEW (ZONING BOARD) & VIOLATION REVIEW APPEAL NO. 37011 DBA (Document being Appealed) #72057 3738 N. Bouvier Street, 37054, 37050, Calendar Number: 06-1276, premise: 3742, & 3739 N. 18th Street, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *Are null and void and of no force and effect ab initio. One is not a party to an imaginary dispute between non-existent and non-appearing entities.*

7.  "CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW (ZONING BOARD) & VIOLATION REVIEW APPEAL NO. 37011 DBA (Document being Appealed) #72057 3738 N. Bouvier Street, 37054, 37050, Calendar Number: 06-1276, premise: 3742, & 3739 N. 18th Street, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *Must be abated ab initio.*

8.  *Fictional Agency and Fictional Plaintiff do not psssess and can never possess jurisdiction over One. Nor One's property nor One's rights and the issue of jurisdiction cannot be waived.*

9.  *The record must be corrected re this matter immediately.*

10. *All parties whatsoever are estopped henceforth from acting against any of One's rights and property in any manner re this matter.*

*Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the*

*manner of this Affidavit in the responding party's own handwriting using Christian name for signature executed true correct and complete and notarized in red ink and mailed to the*

*below-named notary public* __JOHN T MELVIN JR__ *at* __4752 N BROAD ST   PHILA, PA 19141__ *with ten (10) calendar days of receipt or be in default hereof. Said default establishes on the record the confession and consent of judgment by every man and woman acting adversely concerning One in any manner that:*

1. *None of the all-capital-letter being/entities/persons/trusts/corporations/associations/ unincorporated associations/limited partnerships/whatever referenced herein exists is solvent possesses capacity to sue and be sued...or sue and be sued in a representative capacity." and can appear in court re this instant matter whereby* "CITY OF PHILADELPHIA, BOARD OF LICENSE AND INSPECTION REVIEW (ZONING BOARD) & VIOLATION REVIEW APPEAL NO. 37011 DBA (Document being Appealed) #72057 3738 N. Bouvier Street, 37054, 37050, Calendar Number: 06-1276, premise: 3742, & 3739 N. 18th Street, Philadelphia, Pennsylvania, or any other related accounts past, present or future" *does not exist ab initio and Fictional Agency has no jurisdiction over the non-existent cause the non-existent parties and the non-existent thing.*

2. *Any man or woman who is in the default hereof who continues to act against One in any manner is acting illegally without authority is private capacity and in the complete absence of all jurisdiction*

3. *One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against One by any party who admits and confesses by default to be devoid of all right authority and official immunity.*

*The Undersigned Affiant James Coppedge/Coppedge Real Estate, LLC, i.e. "One," does herewith assert and declare on One's unlimited liability that One issues this Affidavit of Specific Negative Averment with sincere intent that One is competent to state the matters set forth herein that the contents are tru, correct, and*

14

*complete in accordance with One's knowledge, understanding, and sincerely held spiritual convictions and creed.*

James Coppedge/Coppedge Real Estate, LLC, i.e *"One"*

*Date:* JUNE 26, 2007

*Jurat*

*State of Pennsylvania* )
                        )   *ss.*
*County of Philadelpia* )

*Subscribed and sworn to at* PHILADELPHIA - PA *before me this* 26TH *day of* JUNE___, A.D. 200_.

*Notary public* _____
*My Commission Expires* NOV 15, 2007
*WITNESS my hand and official seal*

_____

*Signatures*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

## Bill of Peace

One living sentient free-will natural man, known as James Coppedge / Coppedge Real Estate, LLC, hereinafter "One" acting in unlimited-liability capacity with rights granted by life and upheld by all valid and just law declares and attests true, correct, and complete in accordance with One's deeply held spiritual convictions and creed that One is not an enemy of:

1. Life, God. The laws of being natural law, truth, love, good will, peace eternal verities, sanity, and the highest universal principles of mankind.

2. All rights of the sovereign people living on the soil of the land commonly referenced as "America" secured by life, just law, the Constitution of the United States 1787. The Bill of Rights 1791, the Constitution of the State of Pennsylvania 1776 and otherwise.

3. The universal rights of man.

4. People of good will everywhere.

One claims all sovereignty unalienable rights and power to exercise said rights innate in One's life and as secured and guaranteed by the de jure Constitution of the United States 1787 and First Ten Articles of Amendment 1791 Bill of Rights."

One extends to CITY OF PHILADELPHIA and BOARD OF LICENCE AND INSPECTION REVIEW, jointly and severally hereinafter referenced as Respondent." And every other living being alleging involvement with so-called "CITY OF PHILADELPHIA, and BOARD OF LICENCE AND INSPECTION REVIEW," allegedly bearing involvement with some undefined and unproved beings/entities/persons/corporations/trusts/limited/partnerships/as sociations/unincorporated associations/whatever referenced as "CITY OF PHILADELPHIA," and "BOARD OF LICENCE AND INSPECTION REVIEW," a covenant and creed of peace and good will and mutual agreement to respect the life, rights, dignity, freedom, and property of One Respondent and all people.

*Respondent and everyone desiring to contract with One as herein possesses two (2) options re this Bill of Peace:*

1. *Notarize and sign below in red ink in unlimited-liability capacity using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein:*

2. *Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United States of America and the people Constitution and Government thereof.*

*Respondent must execute this Affidavit, e.e. Bill of Peace, "as per the first of the two (2) designated options above and mail to t he below-named notary public JOHN T MELVIN JR at 4752 N BROAD ST, PHILA, PA 19141 within ten (10) calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent as well as any response of any kind whatsoever other than receipt by notary public PENNSYLVANIA of this Bill of Peace with Respondent's original notarized signature thereon in red ink establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:*

1. *Respondent is acting under alleged "authority" of some War Power in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the law of necessity, "i.e. "law of the jungle," i.e. "no law."*

2. *Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof and treason against the Constitution of the United States 1787*

3. *Respondent is operating on alleged authority of a letter of margue and reprised issued by an undisclosed party.*

4.    *Any papers, notices, subpoenas, and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States 1787 Bill of Rights 1791, and such established maxims of law as:*

       c  *No one is bound to arm his adversary against himself, Wing, Max. 665.*

       c  *No man is bound to produce writings aginst himself Bell Dict.*

       c  *No one is bound to accuse himself. Wing. Max 486: 14 M. & W. 286: 107 Mass. 181.*

5.    *No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression non-disclosure, and acts of war against One and One's Counttry.*

6.    *All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.*

7.    *One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.*

*One herewith declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent that One is competent to state the matters set forth herein that the contents are true, correct, and complete, not misleading, and the truth the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.*

Date: 10-06-2007

Name

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

*Jurat*

*State of Pennsylvania*    )
                           )  *ss.*
*County of Philadelpia*    )

*Subscribed and sworn to at* PHILADELPHIA - PA *before me this*
26TH *day of* JUNE _____, A.D. 2007.

*Notary public* JOHN T MELVIN JR
*My Commission Expires* NOV 15, 2007
*WITNESS my hand and official*

*seal*

*Signatures*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

*AFFIDAVIT OF SERVICE*

*State of* PENNSYLVANIA )
                                          )
*County of* PHILADELPHIA )

*I am over 18 years of age and not a party to the within action; my business address is:*

*James Coppedge*
*3742 N. 18th Street*
*1st Floor*
*Philadelphia, PA 19140*

*On this 26th day of June 2007, I served one copy of the following:*

  c *VERIFIED ACTUAL AND CONSTRUCTIVE NOTICE dated*
    *06-26-07___, notarized by STATE OF* PENNSYLVANIA *NOTARY*
    *PUBLIC* JOHN T MELVIN*, five (5) pages in length including the*
    *Acknowledgment page, with two (2) attachment pages, a total*
    *of seven (7) pages, and additional attachment pages, a total of*
    *seven (7) pages, and additional attachments as follows:*

      - *Certified copy of UCC-1 Financing Statement*
        *2006091901558, SECURITY AGREEMENT (10) pages in*
        *length including the Certification page;*

  c *Affidavit of Specific Negative Averrment dated June 26, 2007,*
    *notarized by STATE OF __* PENNSYLVANIA *NOTARY PUBLIC,*
    *five (5) pages in length including the Acknowledgment page;*

  c *Bill of Peace dated June 26, 2007, notarized by STAT OF*
    PENNSYLVANIA*_____ NOTARY PUBLIC* JOHN T MELVIN JR
    *four (4) page in length including the Acknowledgment page;*

*A total of _____ (____) pages served herewith,*
*including all attachments (not including this Affidavit of Service*
*and its Acknowledgment page), by United States Postal Service*
*Registered Mail # _____, Return Receipt Requested,*
*in a sealed envelope with postage pre-paid, properly addressed to*
*_____ as follows:*
*_____*

Dba:

_____City of Philadelphia-_____
_____City Hall - Recorder of Deeds, Room 111_____
_____Philadelphia, PA 19130_____
_____

I declare undere penalty of perjury under the laws of the State of
Pennsylvania that the above is true, correct, and complete, and
that this Affidavit of Service was executed on June 26, 2007, at
Philadelphia, Pennsylvania.

/S/ Coppedge Real Estate, LCC
Name

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

Affidavit of Service - CITY OF PHILADELPHIA

Page 1 of 2
Private and non-negotiable between the parties

*ACKNOWLEDGMENT*

State of __PENNSYLVANIA__ )
                          )
County of __PHILADELPHIA__ )

On __JUNE 26, 2007__ before me, __JOHN T MELVIN JR__ *Notary Public personally appeared* __JAMES COPPEDGE__ , *personally know to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.*

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

*WITNESS my hand and official seal.*

----------------------------------------
*Signature of Notary*

*Affidavit of Service-*

*Identical Affidavit of Service and*
*Registered Mail Package*
*To that of _____ is*
*Also Executed For*

*Private and non-negotiable between the parties*

22

File Number: 2006091901558
Date Filed: 09/18/2006 08:00 AM
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
**James Coppedge**        215-913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Coppedge Real Estate, LLC
James Coppedge
P.O. Box 4482
Philadelphia, PA 19140

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0626164206

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **CITY OF PHILADELPHIA** | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **City Hall – Recorder of Deeds, Room 111** | **PHILADELPHIA** | **PA** | **19130** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | **Government** | **Concurrent** | ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Coppedge Real Estate, LLC** | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P. O. Box 4482** | **Philadelphia** | **PA** | **19140** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**The Debtor will "Accept for Value" all reclaimed authority of the Secured Party over all property and products. The Secured Party reclaims all related financial accounts, wherever, if any, concerning the Secured Party previously under t he Debtor's control under Rights of HJR 192 of June 5, 1993, and UCC 1-104, 10-104 reserved by the order of the courts and released to the Secured Party. All products of the collateral are also covered. The Debtor will recognize that the Secured Party is exempt from civil law suites and all third party levy (UCC 3-303, 3-305, 3-06). See Security Agreement in the Initial Financing Statement (TO 623 711 209 Dated: August 25, 2006).**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum | (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

DOB: 7-29-44        EIN #: 03-0613841

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)        International Association of Commercial Administrators (IACA)

2³

# COMMONWEALTH OF PENNSYLVANIA

## DEPARTMENT OF STATE

December 5, 2006

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

CITY OF PHILADELPHIA

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania

do hereby certify that the foregoing and annexed is a true and correct

photocopy of Uniform Commercial Code financing statement  2006091901558

which appear of record in this department.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and caused
the Seal of the Secretary's Office
to be affixed, the day and year
above written.

Pedro C. Cortés

Secretary of the Commonwealth

PHEG

**UCC FINANCING STATEMENT**
**(FORM UCC1)**
**4. This FINANCING STATEMENT covers the following collateral: Continued**

### SECURITY AGREEMENT
*NON-NEGOTIABLE*

"Amend to date of Conversion, Birth, UCC3-306". This Security Agreement is made and entered into this 22nd day of August, 2006 by and between The City of Philadelphia, DEBTOR, hereinafter, "DEBTOR," and Coppedge Real Estate, hereinafter "Secured Party," 75-317-6393 (EIN Number). The Parties, hereinafter "Parties," are identified as follows:

**DEBTOR:**    **CITY OF PHILADELPHIA (ALL CORPORATE ACCOUNTS)**
        "Accept For Value, by Secured Party"
        City Hall, Room 111
        Philadelphia, Pennsylvania, 19130

**Secured Party:**
        Coppedge Real Estate, LLC
        C/o: P.O. Box 4482
        Address:
        3742 N. 18th Street / 1A
        Philadelphia, Pennsylvania 19140
        "Accepted For Value" All Related Accounts, property/Proceeds herein
        Social Security Account Number: 210342201

NOW THEREFORE, the Parties agree as follows;

### AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR including, but not limited to, Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "preexisting claim," from which the existence of DEBTOR was derived, and the basis upon which DEBTOR is able to function as a transmitting utility, i.e. serve as a conduit for the transmission of goods and serves in Commercial Activity, and interact, contract, and exchange goods, services, obligations, and liabilities in commerce with other Debtors, Corporations, and artificial persons;

2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or no drawn upon a chargeback is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR;

FORM SA-080599

Secured Party: Coppedge Real Estate, LLC

5. Constituting the source of the assets, via the sentient existence, exercise of faculties and labor of Secured Party, that provide the valuable consideration sufficient to support any contract which Secured Party may execute or to which Secured Party may be regarded as bound by a person whatsoever,

DEBTOR hereby confirms voluntary entry of Secured Party into the Commercial Registry and transfers and assigns to Secured Party a security interest in the Collateral described herein below.

## PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of Secured Party.

3. DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of Secured Party, and all property of Secured Party is the secured property of Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party in any manner is expressly prohibited without the written consent of Secured Party.

5. Secured Party is a Sovereign LLC, and is immune to civil lawsuits and criminal prosecution.

## FIDELITY BOND

Know all men by these presents, that debtor, The City of Philadelphia establishes this bond in favor of Secured Party...James Coppedge in the sum of present Collateral Values up to the penalty of the sum of One Hundred Billion United States Dollars ($100,000,000,000.00), for the payment on which bond, well and truly made, DEBTOR binds DEBTOR, and DEBTOR'S heirs, executors administrators, and third-party assigns, jointly and severally, by these presents.

The condition of the above bond is: Secured Party covenants to do certain things on behalf of DEBTOR; AS set forth above in Agreement, and Debtor, with regard to conveying goods and services in Commercial Activity to Secured party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity,. Activity to Secured party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to Security party a Secured Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the Secured Party's Surety, James Coppedge is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty- (30- ) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty- (30-) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty- (30-) day period for an amount equal to or greater than the above-stated value of the security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal cists, interests, penalties, and fines suffered or incurred by Secured Party, in accordance with secured part's personal guarantee with respect to any loan or indebtedness of Secured Party, including any amount Secured Party might be deemed to owe to any creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said claim. Including copy of any document, correspondence, suit, or action received by or served upon Secures party. Secured party shall fully cooperate with DEBTOR in any discussion, negotiation, or other processing relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of Secured Party to DEBTOR, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security pertains includes; but is not necessarily limited to, all herein-below described personal and real property of Secured Party, NOW owned or hereafter acquired by Secured Party, in which Secured party holds all interest, Secured Party retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Order there from, are released to Secured Party.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from Secured Party's possession, Dishonor Settlement Agreement Bill of Exchange #1409 held by Secured Party must be satisfied in full and acknowledgement of same completed.

1.    All proceeds, products, accounts, and fixtures form crops, mine head, wellhead, with transmitting utilities, etc.;

2.    All rents, wages, and income;

3.    All land, mineral, water, and air rights;

4.    All cottages, cabins, houses and buildings;

5.    All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bond, securities, and benefits from trusts;

6.    All inventory in any source;

7.    All machinery, either farm or industrial;

8.    All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

9.    All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo, affixed or pertaining thereto or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and additives;

10.   All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11.   All livestock and animal, and all things required for the care, feeding, use, husbandry thereof; (Conveyance, Business Equipment, "Accepted For Value" and is Exempt from Levy)

12.   All vehicles autos, trucks four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances; Conversion of Rights, Title 18 §§ 241, 242, et al Per-Murdock vs. Pennsylvania 319 U.S. 105, Church not licensed or Taxed.

Secured Party: Coppedge Real Estate, LLC

13.    All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines.

14.    All visual reproduction systems, aural reproduction systems, motion pictures, films video tapes, audio tapes. Sound tracks, compact discs, phonograph records, film video and aural production equipment, cameras, projectors, and musical instruments;

15.    All books, booklets, pamphlets. Treatises, treatments, monographs, stories, writer material, libraries, plays screenplays, lyrics, songs, music;

16.    All books and records of Secured Partys;

17.    All Trademarks, Registered Marks, copyright, patents, proprietary data and technology, inventions, royalties, good will;

18.    .All scholastics degrees, diplomas, honors, awards, meritorious citations;

19.    All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of Secured Party;

20.    All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissues, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors and said factors' physical counterparts, in any form, and all r records, record numbers, and information pertaining thereto;

21.    All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22.    All rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23.    All rights to request, refuse, or authorize the administration of, any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, methods, or process whatsoever;

24.    All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25.    All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26.    All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27.    All rights to create, invent, adopt utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28.    All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration

of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29.    All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30.    All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31.    All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32.    All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33.    All rights to keep and bear arms for self-defense of self, family, and parties entreating physical protection of person or property;

34.    All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35.    All rights to create documents of travel of every kind whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

36.    All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, *i.e.* mind, body, soul, free will, faculties, and self;

37.    All rights to privacy and security in person and property, including but not limited to all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Secured Party or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainee, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainee, entry seizure, search, surveillance, trespass, assault, summons, or warrant;

38.    All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

39.    All intellectual property, including but not limited to all speaking and writing;

40.    All signatures;

41.    All present and future retirement incomes, and rights to such incomes, issuing from any DEBTOR'S accounts;

42.    All present and future medical and healthcare rights, and rights owned through survivorship, from any of Secured Party's accounts

Secured Party: Coppedge Real Estate, LLC

29

43.     All applications, filings, correspondence, information, identifying marks, image licenses or
        travel documents, materials, permits, registrations, and records and records numbers held by any
        entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use
        of any information and images contained therein, regardless of creator, method, location,
        process, or storage form, including all processed algorithms analyzing, classifying, comparing,
        compressing, displaying, identifying, processing, storing, or transmitting said applications,
        filings, correspondence, information, identifying marks, image licenses or travel documents,
        materials, permits, registrations, and records and records numbers, and the like;

44.     All library cards;

45.     All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and
        associated records and information;

46.     All credit of Secured Party

47.     All traffic citations/tickets;

48.     All parking citations/tickets;

49.     All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds,
        orders, warrants, and other matters attached thereto or derived there from.

50.     All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and
        any storage boxes within which said items are stored;

51.     All tax correspondence, filings, notices, coding, record numbers, and any information contained
        therein, wherever and however located, and no matter by whom said information was obtained,
        compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52.     All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment
        securities, Individual Retirement Accounts, money market accounts, mutual funds, notes,
        options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

53.     All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates,
        refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and
        records numbers, correspondence, and information pertaining thereto or derived there from;

54.     All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55.     All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory,
        ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities
        and supplies;

56.     All products of and for agriculture, and all equipment, inventories, supplies, contracts,
        accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage
        of all products of agriculture;

Private and non-negotiable between the parties

Secured Party: Coppedge Real Estate, LLC

57.    All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

58.    All fuel, fuel tanks, containers, and involved or related delivery systems;

59.    All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools; hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60.    All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61.    All rifles and guns and related accessories, and ammunition and t he integral components thereof;

62.    All radios, televisions, communication equipment, receivers, transceivers, transmitters, antenna, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

63.    All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

64.    All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65.    All office engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto;

66.    All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67.    All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

68.    All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building; erection, or vacancy while awaiting occupancy thereof;

69.    All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70.    All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71.    All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

Private and non-negotiable between the parties

Secured Party: Coppedge Real Estate, LLC

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC§ 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of Secured Party, and not dischargeable in bankruptcy court as Secured Party's property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and Secured Party.

DEBTOR agrees to notify all of the Secured Party's former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so noticed herewith.

This Security Agreement is accepted for value, property of Secured party; and is not dischargeable in bankruptcy court as Secured Party's property is exempt from third-party levy.

This Security agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party to hold and enforce said Security agreement via non-negotiable contract, devise, or any lawful commercial remedy.

Secured Party: Coppedge Real Estate, LLC

# DEFAULT

The following shall constitute the events of default hereunder:

1.    Failure by DEBTOR to pay any debt secured hereby when due;

2.    Failure by DEBTOR to perform any warranty by Secured Party contained in this Security Agreement.

3.    Any breach of any warranty by DEBTOR contained in this Security Agreement.

4.    Failure by DEBTOR to pay any debt secured hereby when due;

5.    Failure by DEBTOR to perform any warranty by Secured Party contained in this Security Agreement.

6.    Any breach of any warranty by DEBTOR contained in this Security Agreement.

7.    Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting utility function of DEBTOR.

Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCAPAL

## SIGNATURES

Secured Party executes this Security Agreement certified and sworn on Secured Party's unlimited liability true, correct, and complete, and accepts all signatures in accordance with UCC § 3-419.

Coppedge Real Estate, LLC
James Coppedge, President

UCC 3-419
**Secured Party**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAMIL B. ZOGBY JR., Notary Public
City of Philadelphia. Phila. County
My Commission Expires July 6. 2010

**Jurat**

Secured Party: Coppedge Real Estate, LLC

**CONTINUED/FINAL**
**PAGE OF THE UCC FINANCING STATEMENT**
**(FORM UCC1)**
**4.  This FINANCING STATEMENT covered the above collateral:**
**SECURITY AGREEMENT**


Coppede Real Estate, LLC
James Coppedge, President

**UCC1-201 (27) (35) NOTICE**
**"ACCEPTED FOR VALUE AND EXEMPT FROM LEVY"**


**Page 10 of 10**
Private and non-negotiable between the parties

Secured Party: Coppedge Real Estate, LLC

54

| DOCUMENT PROBLEM NOTICE | CITY OF PHILADELPHIA | DATE |
|---|---|---|
| | DEPARTMENT OF RECORDS | 7/6/07 |

COMPANY NAME/ADDRESS                                    EXAMINER NAME / ID NUMBER

Coppedge Real Estate LLC                          Vaughese

### THE INSTRUMENT IS RETURNED FOR THE FOLLOWING CORRECTIONS

○ 1. Instrument is illegible      ☐ Instrument is a copy or reproduction

○ 2. Instrument not dated

○ 3. Not signed by proper party _____

⊗ 4. Complete Property description missing      ☐ Address missing

○ 5. Location stated is not in Philadelphia County

○ 6. Signatures are not original and in ink

○ 7. Names as signed do not match caption and/or acknowledgement

○ 8. Acknowledgement has the following item(s) missing  or (defective):

    ☐ Not dated          ☐ Notary expiration missing          ☐ Court Certificate required for out-of-state

    ☐ Pre-dates execution          ☐ Notary expired          ☐ Consular Attestation required for out-of-country

    ☐ Seal/stamp not affixed          ☐ Not signed by Corporate Officer          ☐ Court Certificate required for Attorney-at-law

    ☐ Not signed by Notary          ☐ Wrong persons acknowledged          ☐ names missing

○ 9. Complete mailing address of Grantee, Mortgagee, or Assignee missing or not certified

○ 10. Realty Transfer Tax

    ☐ Missing/incorrect Municipal Transfer Tax      Amount due is $ _____

    ☐ Missing/incorrect Pennsylvania Transfer Tax      Amount due is $ _____

    ☐ Philadelphia Transfer Tax Certification/Pennsylvania Statement of ValueForm needed to set forth Value or Claim Exemption.

    ☐ Philadelphia Transfer Tax Certification/Penna. Statement of Value incomplete as follows:

        ☐ Required in duplicate          ☐ Address of parties is not given

        ☐ Section (          ) is incomplete          ☐ Supporting evidence is required

        ☐ Consideration, assessment, or market value is missing or incorrect

        ☐ Other _____

○ 11. Consideration is not stated or incomplete

○ 12. Original instrument not properly identified by book and page number

○ 13. Exhibit called for is missing

○ 14. Separate RTT checks not provided:

    ☐ City Tax payable to City of Philadelphia          ☐ State tax payable to Commonwealth of Pennsylvania

○ 15. Document is not in required form _____

○ 16. Satisfaction ☐ Release  ☐ Assignment ☐ Deed ☐ Mortgage, ☐ UCC ☐ Power of Attorney, Document is incomplete:

    ☐ Does not state "NONE" if not assigned          ☐ Merger, change of name, or death not recited

    ☐ Original Recorded Mortgage not present with Satisfaction ☐ Short Certificate not present with estate out of County

    ☐ Power of Attorney cannot be assigned          ☐ Not executed by last stated Mortgagee or Assignee

    ☐ Not properly identified by recording date, book and page of Mortgage/Assignment or other document type

○ 17. Check is:      ☐ Unsigned      ☐ Wrong Amount      ☐ Wrong Payee      ☐ Missing      ☐ Expired

○ 18. Incorrect payment amount provided. Correct amount due is $ _____

○ 19. RIS form, missing or incomplete

○ 20. Technical Requirements - not in compliance

⊗ 21. Other: _Please Send this document to the City_

_Philadelphia Law Dept. for review and approval_

*** _If you would like your documents to be returned by Mail — Please Furnish Stamped, Self-Addressed Envelope_***

If you have a disability and require an accommodation to complete this form, and/or to participate in a program or service, contact the

ADA Coordinator at 686-2263.     —     Please visit our website: www.phila.gov

### PLEASE RETURN THIS FORM WITH THE RESUBMITTED DOCUMENT

35

JAMES COPPEDGE
P.O. BOX 4482
PHILADELPHIA PA 19140-3532

---

## ZONING BOARD OF ADJUSTMENT NOTICE  -  RE:  CONTINUED HEARING

| Calendar Number | Date |
|---|---|
| 1765 | 06/26/07 |

**Premises**

3739 N 18TH ST

The above case has been continued to.

Date:  Tuesday, July 10, 2007 @ 09:30 AM

Hearing Location:

**Zoning Board of Adjustment Hearing Room**
**1515 Arch Street, 18th Floor**
**Philadelphia, PA**

Directions issued by the Zoning Board:

MEET WITH CIVIC GROUP; ARCHITECTURAL PLANS.

36

**MONEY ORDER**

TO VIEW TRUE WATERMARK

HOLD DOCUMENT UP TO THE LIGHT

1C c - 1

251726047

Payable at Wells Fargo Bank Grand Junction
Distributor, N.A. Grand Junction, Colorado
82-40-1021

umber: 2006091901558
d: 09/18/2006 08:00 AM
Pedro A. Cortés
'y of the Commonwealth

**PAY EXACTLY**
NOT GOOD OVER $1000  PAY EXACTLY ONE HUNDRED
CENTS **************

PAY TO THE ORDER OF _City of Philadelphia_

3742 N: 18th (PURCHASER'S ADDRESS) 19130

ss.ed by Integrated Payment Systems Inc. Englewood, Colorado

PURCHASER, BY SIGNING YOU AGREE
TO THE TERMS ON THE REVERSE SIDE.

of Pennsylvania
ng 1 Page(s)

⑈102100400⑈ 5000025172604711⑈

T0626164206

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CITY OF PHILADELPHIA | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| City Hall - Recorder of Deeds, Room 111 | PHILADELPHIA | PA | 19130 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Government | 1f. JURISDICTION OF ORGANIZATION Concurrent | 1g. ORGANIZATIONAL ID #, if any ☑ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Coppedge Real Estate, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P. O. Box 4482 | Philadelphia | PA | 19140 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The Debtor will "Accept for Value" all reclaimed authority of the Secured Party over all property and products. The Secured Party reclaims all related financial accounts, wherever, if any, concerning the Secured Party previously under t he Debtor's control under Rights of HJR 192 of June 5, 1993, and UCC 1-104, 10-104 reserved by the order of the courts and released to the Secured Party. All products of the collateral are also covered. The Debtor will recognize that the Secured Party is exempt from civil law suites and all third party levy (UCC 3-303, 3-305, 3-06). See Security Agreement in the Initial Financing Statement (TO 623 711 209 Dated: August 25, 2006).

| 5. ALTERNATIVE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional) (ADDITIONAL FEE) | | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| DOB: 7-29-44    EIN ⁘ 23-0613841 | | | | | | |

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

37

◄ LOAD THIS DIRECTION, THIS SIDE UP



◄ LOAD THIS DIRECTION, THIS SIDE UP

**With Postal Insurance:** You can purchase postal insurance if paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance by paying the appropriate fee. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the articles, (2) the cost of repairs, or (3) the value of the articles at the time of mailing. For additional information about insurance limits and coverage, see *Domestic Mail Manual* 5010 and S911 at www.usps.com or ask your local postmaster.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* at any post office or at www.usps.com for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:**

Domestic - For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim. Please allow at least 30 days after filing to inquire about the status of your claim.

Claims for loss must be filed within 180 days of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately, but no later than 60 days from the date of mailing.

International - Claims for loss must be filed within six months of the date the article was mailed. Claims for damage and complete or partial loss of contents, must be filed immediately. The article, contents, and packaging must be presented to the destination post office.

PS Form **3806**, May 2004. *(Customer Copy - Reverse)*

---

**ER: COMPLETE THIS SECTION**

mplete items 1, 2, and 3. Also complete
am 4 if Restricted Delivery is desired.
ht your name and address on the reverse
that we can return the card to you.
ach this card to the back of the mailpiece,
on th... nt if space permits.

cle Addressed to:

y of Philadelphia
y Hall - Recorder of
eeds, Room III
l, P 19130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                        ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

D. Is delivery address different from item...
   If YES, enter delivery address below:

USPS  JUN 28 2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

e Number
sfer from service label)

RR 9236768140S

m **3811**, February 2004    Domestic Return Receipt.    102595-02-M-1540



UNITED STATES POSTAL SERVICE

28 JUN 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Coppedge Real Estate, LLC /
James Coppedge
P.O.Box 4482
Phila, PA. 1940

·0482

---

PS Form 3806,
May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Receipt for Registered Mail (See Information on Reverse)

Copy 1 - Customer

**To Be Completed By Customer**
(Please Print)
All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|

Coppedge Real Estate, LLC /
James Coppedge
P.O. Box 4482
Phila, PA. 1940
City Hall - Recorder of Deeds Rm. 111
Phila, PA. 19, 30

Ph. 12 PA 191.40

**To Be Completed By Post Office**

Reg Fee

Handling Charge
Postage

Customer Must Declare Full Value $

Received by

Return Receipt
Restricted Delivery

With Postal Insurance
Without Postal Insurance

Date Stamp

40

```
        NICETOWN STATION
     PHILADELPHIA, Pennsylvania
            1914D9998
         4165410142 -0096
06/26/2007   (215)225-8373   04:33:18 PM
```

```
            Sales Receipt
Product          Sale  Unit        Final
Description      Qty   Price        Price

PHILADELPHIA PA 19130              $1.65
Zone-0 First-Class
Large Env
 5.90 oz.
 Return Rcpt (Green Card)         $2.15
 Registered                       $9.50
  Insured Value :       $0.00
  Article Value :       $0.D0
  Label #:      RR923676814US
 Customer Postage               -$11.15
  Subtotal:                       $2.15
                               ========
 Issue PVI:                       $2.15

                               ---------
Total:                            $2.15

Paid by:
Cash                              $2.25
Change Due:                      -$0.10
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402168610
Clerk: 10

    All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
***************************************
***************************************
     HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
***************************************
***************************************


         Customer Copy

```
        NICETOWN STATION
     PHILADELPHIA, Pennsylvania
            191409998
         4165410142 -0096
06/26/2007   (215)225-8373   04:31:56 PM
```

```
            Sales Receipt
Product          Sale  Unit        Final
Description      Qty   Price        Price

Utility           1   $0.99        $0.99
Mailer
10.5x16-RP
PHILADELPHIA PA 19130              $1.65
Zone-0 First-Class
Large Env
 5.90 oz.
 Registered                       $9.50
  Insured Value :       $0.00
  Article Value :       $0.00
  Label #:      RR923676814US
                               ========
 Issue PVI:                      $11.15

                               ---------
Total:                           $12.14

Paid by:
Cash                             $20.00
Change Due:                      -$7.86
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402168602
Clerk: 10

    All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
***************************************
***************************************
     HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
***************************************
***************************************


         Customer Copy

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City Solicitor's Office
Attn: City Solicitor
(Mrs. R Reynolds)
1515 Arch St. 17 Floor
Phila, PA.       15702

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

PHILA    JUL 19    USPS

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

42

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. (3-10)

• Sender: Please print your name, address, and ZIP+4 in this box •

C.R.E c.c.f. c.g.p o.i.g.
5742 N. 1 8 7 5 7
P 6 . / 8 , PA 1 5 0 6 0

73

AR NO. 1765                                                          05/18/2007

# ONING NOTICE

## JAMES COPPEDGE

ed to the ZONING BOARD OF ADJUSTMENT for consideration of

IE LEGALIZATION OF A ROOMING HOUSE WITH SEVEN ROOMING UNITS FOR SEVEN
TLF-SUSTAINING AND CAPABLE OF SELF-PRESERVATION WITH NO PERSONS UNDER THE
iON OF ANY COURT.

6-26-07

Corrected
39 N. 18TH St  19140

Coppedge Real Estate, LLC
James Coppedge
Natural person non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy
6-26-07

18TH ST

ONING BOARD OF ADJUSTMENT  under the authority of the

OR THE LEGALIZATION OF A ROOMING HOUSE WITH SEVEN ROOMING UNITS FOR SEVEN
SELF-SUSTAINING AND CAPABLE OF SELF-PRESERVATION WITH NO PERSONS UNDER THE
TION OF ANY COURT.

9 N 18TH ST

E ZONING BOARD OF ADJUSTMENT, under the authority of the
ADELPHIA ZONING ORDINANCE, invites all interested parties to appear
heard at a PUBLIC HEARING to be held at

1515 Arch Street, 18th Floor, ZBA Hearing Room 18002

esday, May 29, 2007                                        at 09:30 AM

IIS ZONING NOTICE must be posted in a conspicuous place on each street
age in plain view of passersby and in such place where it can be easily read
identified from the sidewalk or street and must remain posted for TWELVE
SECTIVE DAYS immediately preceding the PUBLIC HEARING. The
icant is responsible for the maintenance of this notice and, should it be
aged or removed, must immediately obtain another copy.

he premises will be inspected by LICENSES AND INSPECTIONS and if thi
is not displayed, there will be no hearing. If you anticipate participation in a
eduled hearing before this board and have special needs due to disability, a
ned by the Americans with Disabilities Act, please call (215)686-2429, at least
s prior to the hearing, so that the City can take the necessary steps to facilitate

## AFFIDAVIT OF STIPULATION OF MONOTARY JUDGEMENT

The City of Philadelphia, a non-profit corporation has failed to rebut my affidavit of Negative Averment constituting the following stipulation which will be enforced as a Treaty, Treatise or International Agreement in which will be upheld under the Act of State Doctrine as a foreign judgment under Title 28.1608. There is no cure with the exception of settlement of $10,075.000.00 of the whole claim or $2 million dollar settlement.

1). This agreement will constitute full liability by the City of Philadelphia, its agents jointly and individually.

2). The City of Philadelphia Law Department or Risk Management will assure this payment via Common Pleas Court, Commonwealth Court, and the PHRC or Maritime Lien via the United States Coast Guard

3). Stipulations also include wholesale collect of the judgment lien under chapter 7 of the bankruptcy laws or premier capital, LLC's, given the power of attorney to execute a writ of mandamus on the Wachovia Bank account of the City of Philadelphia not limited to Donald Trump whole acquisition of said judgment.

4). Stipulation also grants UCC lien in another state enforceable via all stipulations above in any state or country without further notifications above in any state or country without further notification. The city has three days to settle either $10,075.000.00 or 2 million.

### COMMONWEALTH OF PENNSYLVANIA

### COUNTY OF PHILADELPHIA          ss

On this 3|ST day of July 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, Coppedge Real Estate, Inc/James Coppedge before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF STIPULATION MONOTARY JUDGMENT, and they acknowledge this execution the same, and their signature's are dully affixed by the authority of His Sacred and Savior, SON OF MARY, the I AM - the ALL seeing eye of eternal life.

Coppedge Real Estate, Inc./James Coppedge

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the City of Philadelphia the day and year first above written.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007