AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

**FILED**
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PP scanned

Civil Action No. 07  684

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

11-1-07
(Date forms issued)

_James Coppedge ucc 3-419_
(Signature of Party or their Representative)

_James Coppedge_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action