In the United States District Court of Delaware



Case file number 07-6-84

COMMERCIAL AGENT James Coppedge on behalf of Coppedge Real Estate,llc
Vs
CITY OF PHILADELPHIA ET/AL

## Ex parte **Petition** for Enforcement of SETTLE ORDER
In the amount of $10,000,000.000 UNDER TITLE 22 SECTION 258 (A)

Whereas the Defendant by volunteer contract **waived any time period to answer and is civiller mortus from any proceed of relief or remedy by the following:**

An Stipulation of the Affidavit of Negative Averment, Bill of Peace and Affidavit of stipulation of monetary Judgment pursuant to supplmental rules c section (a)& rule 9 h not limited to Title 9 usc secs 1, 2,4,202,203,204,206,301,303,304 & Title 28 usc 1333 the defendant by volunteer contract forfeited all rights for failure to answer or respond within the contract between James Coppedge /COPPEDGE REALSTATE LL AND THE CITY OF PHILADELPHIA AND ITS INSRUMENTALITIES L& I ZONING BOARD OF REVIEW ET AL and is FOREVER BARRED from any procedural process contrary to the stipulation already stipulated. They loss all remedies or relief in any matter in nexus with the said contracts listed above certified by notary seal.

Whereas it is the duty of the court to order the ten million dollar settle order against the said Judgment debtor.

ALL STATES ARE FACTS PROVEN UNDER THE OBLIGATION OF CONTRACTS IN WHICH THIS COURT MUST ENFORCE.

_____ November 2nd 2007



C RB/LLC/
Mr. James Coppedge
PO Box 4482
Phila, PA 19140

US District Court
Office of the Clerk
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

CERTIFIED MAIL
7007 1490 0003 3240 1634

U.S. POSTAGE PAID
DOVER, DE 19901
NOV 03, 07
AMOUNT $5.21
0004078-18