OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 15, 2007

TO: James Coppedge
3742 N. 18th
Philadelphia, PA 19140

> RE: Return of Summons Form Received on 11/14/07;
> 07-684(***)

Dear Mr. Coppedge:

This office received a summons from you on 11/14/07 for the City of Philadelphia. Returned without action is the summons. Enclosed please find the correct summons form to be used. Please complete the summons form for the defendant in the case and return to the Clerk's Office.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Mary Pat Thynge
enc: Returned Summons Forms, Blank Summons Form

UNITED STATES DISTRICT COURT FOR
DISTRICT OF DELAWARE (Wilmington)

Civil Action, File Number 07-684

James Coppedge on behalf of
Coppedge Real Estate, LLC                PRO SE
**Plaintiff**

*Summons*

City of Philadelphia et/al
**Defendant**

To the above-named Defendant:

You are hereby summoned and required to serve upon James Coppedge on behalf of Coppedge Real Estate, LLC plaintiff's attorney, Pro Se whose address is 3742 N. 18th Street, Philadelphia, PA answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. Respond by Affidavit.

_____,
*Clerk of Court*

_____
*Date*



RECEIVED NOV 1 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

