# PETITION FOR REDRESS OF GRIEVANCES CONGRESSIONAL GLOBE ARTICLE ONE CONSTITUTION OF THE UNITED STATES BILL OF RIGHTS DECEMBER 15TH,1791

**BY EXPARTE Writ of Mandamus and Inquiry**



Case number: 07-684

James Coppedge petitioner aggrieved
vs
U.S.DISTRICT COURT CLERK

FILED
DEC - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

## Introduction

An monotary default Judgment was entered by a notary witness in a private adminstrative process against the Judgment debtor City of Philadelphia via its tortfeasor employees and attorney's the matter was mutually agreed & transferred by the plaintiff to a new venue to protect the interest of preserving contract from circumvention by the City of Philadelphia attorney's and agents.The said U.S. District Court clerk was suppose to assign the matter over to an magistrate under Title 9 usc 1, 2,4,202,203,204,206,301,303,304 for compulsory sanctions irrevocable or issue an U.S. Marshall form to the plaintiff for immediate execution of the said judgment under Title 22 section 258(b) instead the clerk improperly file the action giving the already adjudged Judgment Debtors 60 days which circumvents our original agreement whereas Congress or the Senate must compel the clerk to cancel the said 60 response to the complaint and immediately bring the matter before a magistrate to execution of the said Judgment sine die see all evidence .

## Interrogatories

1. True or false is a notary an officer of the court?
2. If true doesn't their seal on a documentation constitute a legal contract?
3. Why is the the U.S.District Court Clerk Circumventing the Default terms by allowing an extra 60 days to answer the complaint never answered the original 10 days ?
4. Does the U.S. Distict Court enforce Admiralty Maritime awards title 28 section 1333?
5. If so, do the Courts enforce it to the letter of the agreement prescribed under federal supplemental rules c (a)?
6.What is the duties of the U.S. District Court Clerk in the relationship under title 22 section 258(b)?
7.Is my affidavit of negative averment default terms an admiralty maritime award contract?

## Basis of Jurisdiction
### Title 2 congressional investigation
Title 42, Section 1981(b), Title 28 USC 1251, 1331, 1333 , 1651& 1361 Title 22 section 258 (b)
Federal tort claims act 28 usc 1346(b)Title 9 usc 1, 2,4,202,203,204,206,301,303,304
**TABLES OF AUTHORIES**
**negligence on part of U.S. District Court clerk pursuant to richard vs U.S. 369 U.S. 1 (1962 also gross negligence scelig vs first national bank ,d.c.ill;20 f.supp.61,68 under rule c (a) To enforce any maritime lien**

## Statements

The clerk failed to turn the matter over to the U.S. District Court military Judge and enforce the contract strictly under terms of title 9 usc 1, 2,4,202,203,204,206,301,303,304 Title 22 section 258(b), and conditions already stipulated in the affidavit of monotary stipulation their breaching my security and could cause the U.S. a For profit corporation liability on the ten million dollar judgment against the City of Philadelphia by silence mutually agreed to waive service under city state or federal rules of the complaint once the default terms stipulated goes into effect.

### Reasons for Granting Writ
**The obligations stipulated are not carried out to the letter which allows room for omnission on the courts for liabilities, unless the stipulation are carried out and compelled via watchful eye of congress under Title 9 usc. Section 1, 2,4,202,203,204,206,301,303,304 This Compels Congress and the Senate to uphold article 1 petition for redress of grievances via this writ of mandamus and Inquiry. Due to the negligent adminstration of the default stipulation by the US District Court Clerk who is not following the contract stipulations to the letter.**

### Conclusion
**I need an ORDER Directing clerk to enter judgment and/or execute complusory order for the immediate payment of ten million directed to the City of Philadephia**

Served to Congress pursuant to Title 28 section 2073, f.r.o.e. 902
Title 2 section 1901 investigation.

_[signature]_
_[signature]_ Effete Real Estate, LLc    Date 11-30-07

