

Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

December 3, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

Case #: 07-684

RE:   An *Affidavit of Error* on behalf of the US District Court Clerk and
Notice of Permanent Monetary Judgment Stipulation in the matter
of James Coppedge on behalf of Coppedge Real Estate, LLC

To Clerk of U.S. Court;

In reference to the above this is a Notice of Error on the U.S. District Court Clerk

The clerk made an error in my giving the defendants an additional sixty (60) days due to the mutual agreement of the original default terms which has priority on this matter which this liability falls on the said clerk pursuant to breach of contract on a federal employee under Title 28 1442 in the omission of the duties which has been breached, and not carried out to the letter of the monetary judgment stipulation based on original default terms notarized by a Commonwealth Notary Republic as a matter of record.

Notice of permanent Monetary Judgment Stipulation will still be deemed irrevocable regardless of the sixty (60) day rule the clerk entered ultravires and omission to carry out the stipulation to the letter. The clerk ignored the matter. It will be referred to congress as a matter of omission of a Federal employee who will be held financially liable for such omissions, the breach not limited to full tort on the U.S. Courts for failure to do its lawful duties under Title 28 1333 admiralty/maritime rewards. The matter now compels congress to compel terms and conditions on the original default conditions not carried out which still holds the City of Philadelphia on the original Affidavit of Monetary Judgment.

C C; City of Phila.            Page 1 of 2

Whereas Congress owes a duty under the Constitution of the United States of America 1797, Article 1 Petition for Redress of Grievances: that obligation is to enforce the contracts to the letter as soon as possible. The U.S. District Court Clerk has 72 hours to correct the matter by nulling the 60 day additional time to answer a complaint the defendants are already in default of. Failure to do so will constitute and stipulate the clerk to be compelled to enter a default judgment as a matter of record to the letter as already stipulated in previous recorded filing by the claimant; petitioner not limited to willful confession of omission of liability on any rights loss in the collection of the Ten Million U.S. Dollar Admiralty/Maritime Commercial Judgment; due to negligent and breach of contract holding the clerk and the court liable for the stipulated amount notarized and recorded with this courts records, waiving all sovereign immunity by the said court or courts city, state or Federal County of Philadelphia Republic State of Pennsylvania Republicans before me came, _____ James Coppedge on behalf of Coppedge Real Estate, LLC with satisfactory evidence of who he claims he is under F.R.O.E. 902 admissible, as actual factual first hand knowledge acknowledged by Congress under Article 1 of the Constitution of the United States of America 1791.

COMMONWEALTH OF PENNSYLVANIA

                                                 Jurat

COUNTY OF PHILADELPHIA        ss

On this ___30TH___ day of November, 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, James Coppedge / Copedge Real Estate, LLC before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF STIPULATION MONOTARY JUDGMENT, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

_____ James Coppedge / Copedge Real Estate, LLC
CRE, LLC

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA the day and year first above written.

Subscribed and sworn to me at PHILADELPHIA - PA before me this ___TH___ day of ___NOV___, A.D. 2007

                                      Notary Public JOHN T MELVIN
                                      My Commission Expires: _____
                                      WITNESS my hand and official seal

Signature

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

J. Copnadse
3742 N. 18th St
Philadelphia, Pennsylvania 19140

PHILADELPHIA PA 191
03 DEC 2007 PM 8 L

US District Court
Office of The Clerk
US District Court of Delaware
Lockbox 18
844 Kings Street
Wilmington, Delaware 19801

19801435513