OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 5, 2007

TO:  James Coppedge
     3742 N. 18th
     Philadelphia, PA 19140

*RE: Receipt of Summons form for City of Philadelphia; 07-684(\*\*\*)*

Dear Mr. Coppedge:

   This office received a summons form from you on 12/4/07 for the City of Philadelphia. Please be advised that the Clerk's Office already issues a summons on 11/238/07 for the same party. A courtesy copy of the docket sheet has been enclosed to indicate this.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


enc: Docket Sheet