Coppedge
vs
city of Phila; et al

Summons
Served

Case no. 07-684



FILED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/4/07 |
| 1. Article Addressed to:<br>City of Phila. Law Dept.<br>Office of the City Solicitor<br>1515 Arch Street<br>16th Floor<br>Phila, PA. 19102 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004      Domestic Return Receipt



Sender:
James Coppedge/C.R.E.LLC
3742 N. 18th Street, new
Philadelphia, Pennsylvania 19140

Summon - Del

J. Colledge
3742 N. 18th Street, rear
Philadelphia, Pennsylvania 19140

WILMINGTON DE 197
07 DEC 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570