Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

December 17, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

Case #: 07-684

RE:   **Affidavit of Service for the CITY OF PHILADELPHIA**

To:  The Clerk of U.S. Court:

This affidavit verifies the service of the summons to the CITY OF PHILADELPHIA, December 4, 2007, by Registered Mail insured for $25,000.00. Please see copy of the green card attached. If this service is not satisfactory please inform me as soon as possible.

Thank you.

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PHILADELPHIA            ss

Jurat

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

On this 17TH day of December, 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, James Coppedge / Copedge Real Estate, LLC before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF SERVICE/SUMMONS for the CITY OF PHILADELPHIA, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

_____ James Coppedge / Copedge Real Estate, LLC

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA the day and year first above written.

Subscribed and sworn to me at  PHILADELPHIA  -  PA  before me this 17TH day of DEC, A.D. 2007.

Notary Public  JOHN T MELVIN
My Commission Expires: NOV 15, 2011
WITNESS my hand and official seal

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Signature

**USPS Return Receipt / Mail Label**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box•

James Cypress / C.R.E. LLC
3742 N. 18th Street, rear
Philadelphia, Pennsylvania 19140

Summons

---

**Return Receipt Card #1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
City of Phila. Law Dept.
Office of the City Solicitor
1515 Arch Street, 16th Floor
Phila, PA 19102

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 12/4/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Return Receipt Card #2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
City of Phila. Law Dept.
Office of the City Solicitor
1515 Arch Street, 16th Floor
Phila, PA 19102

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 12/4/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

