IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, <br><br>Plaintiff, <br><br>v. <br><br>CITY OF PHILADELPHIA, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) Case No.: 1:07-cv-00684-***-MPT ) ) ) ) ) ) ) ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Michael R. Robinson of Saul Ewing LLP as counsel for Defendant City of Philadelphia (the "City"). This notice and entry of appearance is without waiver of any defenses of the City to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

Dated: December 31, 2007

**SAUL EWING LLP**

/s/ Michael R. Robinson
Michael R. Robinson (Bar No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813
Email: mrobinson@saul.com
*Counsel for Defendant City of Philadelphia.*

554903.1 12/31/07

**CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on this 31st day of December 2007, I caused to be electronically filed a true and correct copy of the foregoing *Entry of Appearance on Behalf of Defendant the City of Philadelphia* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA  19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA  19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:   (302) 421-6800
Email:         mrobinson@saul.com