IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, <br><br> Defendant. | Case No.: 1:07-cv-00684-***-MPT |

## MOTION TO DISMISS

Defendant City of Philadelphia (the "City"), by his undersigned counsel, hereby moves that this Court dismiss the Complaint in this action with prejudice because:

1.    Pursuant to FED. R. CIV. P. 12(b)(1) this Court lacks subject matter jurisdiction;

2.    Pursuant to FED. R. CIV. P. 12(b)(2) this Court lacks personal jurisdiction over the City;

3.    Pursuant to FED. R. CIV. P. 12(b)(3) this Court is not the proper venue for the present controversy, and

4.    Pursuant to FED. R. CIV. P. 12(b)(6) the complaint fails to state a claim upon which relief may be granted.

Further grounds for this Motion are set forth in the Opening Brief in support thereof filed contemporaneously herewith.

554903.1 12/31/07

| | |
|---|---|
| Dated: December 31, 2007 | **SAUL EWING LLP** |
| | /s/ Michael R. Robinson |
| | Michael R. Robinson (Bar No. 4452) |
| | 222 Delaware Avenue, Suite 1200 |
| | P.O. Box 1266 |
| | Wilmington, DE  19899-1266 |
| | Telephone:   (302) 421-6800 |
| | Facsimile:    (302) 421-6813 |
| | Email: mrobinson@saul.com |
| | *Counsel for Defendant City of Philadelphia* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES COPPEDGE ON BEHALF OF )
COPPEDGE REAL ESTATE, LLC, )
                                           )
        Plaintiff, )
                                           )
    v. )  Case No.: 1:07-cv-00684-***-MPT
                                           )
CITY OF PHILADELPHIA, )
       Defendant. )

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant City of Philadelphia's Motion to Dismiss the Complaint, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

                                                          _____
                                                          JUDGE
                                                          UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 31st day of December, 2007, I caused to be electronically filed a true and correct copy of the foregoing *Motion to Dismiss, Opening Brief in Support Thereof, and (Proposed) Order* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA 19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA 19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:     (302) 421-6800
Email:         mrobinson@saul.com