

SAUL
EWING
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

January 14, 2008

**VIA E-FILE & HAND DELIVERY**
Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Coppedge v. City of Philadelphia*, Case No. 1:07-cv-00684-***-MPT

*Coppedge v. Leatherman*, Case No. 1:07-cv-00763-***-MPT

Dear Judge Thynge:

This firm represents the defendants in the above-captioned actions. We write today to request a brief continuance of the scheduling teleconference currently set for January 22, 2008 at 10 a.m. so that I can participate in the teleconference.

I am scheduled to be out of the state from January 17 to January 28, and accordingly, will not be able to take part in the teleconference if it proceeds on January 22, 2008. I should be in a position to participate in such a teleconference the rest of the week of January 28, 2008, or any date thereafter that is convenient to the Court and counsel.

Prior to sending this letter, we attempted to inform the Plaintiff of our need for a continuance and request his consent. As I understand it, we have not been able to reach him but wanted to raise this issue before the Court as soon as practicable.

Of course, we are available to discuss this request at the Court's convenience.

Respectfully,

Michael R. Robinson (No. 4465)

cc:   Mr. James Coppedge (via U.S. Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
555358.1 1/14/08