UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

January 15, 2008

**Plaintiff**
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC**
**3742 N. 18th Street**
**Philadelphia, Pennsylvania [19140]**
**215-913-1485**

Vs.

DEFENDANT
THE CITY OF PHILADELPHIA, ET AL

Office of the Clerk
US District Court
844 King Street
Wilmington, Delaware 19801-3570

Dear Magistrate Judge Thynge:

    This letter acknowledges the receipt of your notice of the scheduled teleconference scheduled for January 22, 2008 at 10:00 a.m.

    The plaintiff respectfully petitions this court for demand of judgment against the CITY OF PHILADELPHIA (Claim 07-684), ESQUIRE GERALD LEATHERMAN (Claim 07-763) has breached his obligations to rebut the affidavits to the letter of the contract on both complaints. Whereas the plaintiff is available for SETTLEMENT CONFERENCE negotiations **ONLY** on terms of the following the LICENSE & INSPECTIONS BOARD OF REVIEW, ESQUIRES & EMPLOYEES OF THE CITY OF PHILADELPHIA PERMANENT CEASE AND DESIST harassment/threats of **James Coppedge** and all private properties as long as the plaintiff lives. The defendants must offer of no less than 2 Million US Dollars monetary settlement for injuries of defamation of character, libel deprivation of rights to enforce contracts by conspiracy and legal discrimination on a non bar member ethnic intimidation, legal oppression of the facts, conflict of law, conflict of interest, breach of contract, breach of duty, breach of obligation, and breach of performance.

Exparte petition is to order docketing of the monetary judgment by Affidavit of demand for judgment in the amount of $10,000,000.00 (Ten Million US Dollars).

Whereas the defendants has failed to answer the Affidavits in the prescribed time by the petitioner since July 6, 2007, and the courts to the letter of the Admiralty Maritime Commercial Contracts and is liable under Rule 54 & 55 pursuant to: Title 9 USC Section 13 (B) Award (C) judgment shall be docketed as if it was rendered in an action.

The facts are true correct and complete and must be rebutted in three days (72 hours); failure constitutes full liable of $10,000,000.00 (Ten Million US Dollars) without any further negotiations to lower this amount.

Before me came _____ with satisfactory evidence of his identity and the affidavit of demand of judgment.

Please send any responses to my notary **first**. The address is as follows:

JOHN T MELVIN
4752 N BROAD ST
PHILA, PA 19141

_____
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC**

Cc:    GERALD D. LEATHERMAN, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

