IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-684-*** |
| CITY OF PHILADELPHIA, | : : : | |
| Defendant. | : : | |
| _____ | : | |
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-763-*** |
| GERALD D. LEATHERMAN, ESQUIRE, DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT, | : : : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **24th** day of **January, 2008**.

The court received a letter from plaintiff dated January 21, 2008 (DI 18) requesting a continuance of the January 28, 2008 teleconference. The teleconference with Judge Thynge is scheduled for February 12, 2008 at 9:00 a.m. as set forth in the Court's Order dated January 15, 2008 (DI 15), not January 28, 2008. Therefore,

IT IS ORDERED that the Rule 16 scheduling teleconference with Judge Thynge in the above matters, as set forth in the Court's Order dated January 15, 2008, shall go forward as previously scheduled for **Tuesday, February 12, 2008 at 9:00 a.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE