IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>CITY OF PHILADELPHIA, :<br>:<br>Defendant. :<br>_____ :<br>:<br>JAMES COPPEDGE ON BEHALF OF :<br>COPPEDGE REAL ESTATE, LLC, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>GERALD D. LEATHERMAN, ESQUIRE, :<br>DEPUTY CITY SOLICITOR, CITY OF :<br>PHILADELPHIA, PENNSYLVANIA LAW :<br>DEPARTMENT, :<br>:<br>Defendant. : | C. A. No. 07-684-***<br><br><br><br><br><br><br><br><br>C. A. No. 07-763-*** |

**ORDER**

At Wilmington this **7**[th] day of **February, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference in the above matters scheduled for Tuesday, February 12, 2008 at 9:00 a.m. with Judge Thynge are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


       /s/ Mary Pat Thynge
       UNITED STATES MAGISTRATE JUDGE