United States District Court: District of Delaware

February 11, 2008

**Plaintiff**
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC/ Judgment Creditor - Plaintiff**
3742 N. 18th
Philadelphia, Pennsylvania, [19140]
215-913-1485

V.

**Defendant**
CITY OF PHILADELPHIA, PENNSYLVANIA
LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

CLAIM NO: 07-684 GMS

**AFFIDAVIT OF**
**DEFAULT JUDGMENT**

F I L E D

FEB 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To the Office of the Clerk of Court:

Whereas the DEFENDANT (THE CITY OF PHILADELPHIA) has failed to comply with the ORDER OF THE COURT to answer the complaint of the Summons within 60 days dated 11/28/2007, the Plaintiff demands judgment by default is taken against the defendant for the relief demanded in the complaint of TEN MILLION US Dollars.

Plaintiff petition's the Court to enter Default Judgment for failure to comply with the Contract and Compel Arbitration. The original Contract was dated October 4, 2007.

2/11/2008

Signed:  
James Coppedge/Coppedge Real Estate, LLC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

February 11, 2008

**Plaintiff**

James Coppedge on behalf of

Coppedge Real Estate, LLC/ Judgment Creditor - Plaintiff

3742 N. 18th

Philadelphia, Pennsylvania, [19140]

Case No. 07-846

Case No. 07-684

Case No. 07-763

V.

Defendant

CITY OF PHILADELPHIA, Judgment / DEBTOR

DAVID YURKIE ET AL

    This is an AFFIDAVIT OF DEMAND FOR MONETARY JUDGEMENT ON ALL OF THE DEFENDANTS PURSUANT TITLE 22 SECTION 258 (B) and TITLE 9 USC 19.

    Whereas notice of mandatory Judicial/Administrative notice liability of the Courts for Title 42 Section 1981 (B) the Courts has not obeyed the stipulations that the Courts is held to with regard to my Maritime Admiralty Lien Commercial Contract which is irrevocable, being that I am a foreign commercial agent within regards of the numerous affidavits.

    Whereas I am not subjected to the normal rules of Civil Procedure which is clearly pointed out in the language of Title 22 Section 258 (B) the Courts has all of the non-responses from the Notary Public wit, which is as valid as any Administrative Order from any Magistrate

Page 1 of 3

of the Court in strictly an administrative capacity the Courts. My stipulation has been circumvented because the Courts has breached it performance by willfully allowing the defendants Council to trample over following the terms and conditions stipulated between myself the Judgment Creditor and the JUDGMENT DEBTORS under the Maritime Laws annexed to Title 9 USC 1, 2, 3, 4, 13, 201, 202, 203, 204, 206, 301, 303, 304 in which the Court is endowed to uphold thereby illegally allowing the DEFENDANTS extra time past the original seventy two (72) hour period which is the original obligation not the 20 summons the courts issued on its own motion without my consent. I notified the Courts of this matter which was circumvented as well not to mention I had to go online to find out what the DEFENDANTS Council filed because I've *never* anything by Certified or Registered Mail. The Council for the DEFENDANTS has filed with the Courts before he notified me this is evident of a conspiracy to deprive me of my rights to enforce my rights which should be equal that of the ESQUIRES which it clearly not. It is discrimination on the part of the Courts.

    Whereas the Courts has seventy two (72) hours to issue all valid Maritime irrevocable Monetary Judgments against all defends in accord with Title 9 USC Section 13 failure constitutes omissions of the Maritime Performance granting the Petitioner authority to Summons the Courts before a committee on International Relations via Writ of Mandamus under Title 28 1361, Title 42 Sections 1981 (B) and affirms valid certification that the Court is openly maliciously discriminating against the Petitioner under Title 42 Section 2000A 1, 2-E, 3, 4, 5, 6, 7, 8, 9 2000 B-2 and does not want the Petitioner to have $10 Million Dollars which the Petitioner has earned due to the numerous wrong doings on part of the ESQUIRES of the CITY OF PHILADELPHIA, DEPARTMENT OF STATE de facto Government which allowed

fictitious unwarranted searches seizures obligation made by the CITY OF PHILADELPHA LICENSE & INSPECTIONS BOARD OF REVIEW.

The Notary will issue a Certification of Non-Response which will give birth to an Affidavit of Title 42 Sections 1981 (B) and 2000A 1, 2,-E, 3, 4, 5, 6, 7, 8, 9 irrevocable of Title 42 Sections 1981 (B) and 2000A 1, 2-E, 3, 4, 5, 6, 7, 8, 9 irrevocable claim that will be filed directly with Congress under Petition for redress of grievances as an irrevocable Maritime Commercial Monetary Lien Judgment not limited to a Treatise enforceable via the United Nations Security Council Article 49 United States District Court District of Delaware Administrator of Justice or all Justices sitting on 07684, 07763 will be the signatory by silence stipulations nun pro tunc.

*[Signature]* CRE, LLC
James Coppedge, Secured Party/Creditor Pro Per

2/13/2008

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

*[Signature]*

