

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

August 8, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   *Coppedge v. Yurkie*, C.A. No. 1:07-cv-846-GMS
           *Coppedge v. City of Philadelphia*, C.A. No. 07-684-GMS
           *Coppedge v. Leatherman*, C.A. No. 07-763-GMS

Dear Chief Judge Sleet:

    I write on behalf of the defendants in the referenced actions. On July 8, 2008, the Court entered an order in each of the above-referenced cases informing the plaintiff – Coppedge Real Estate LLC ("Coppedge") – that it was required to retain counsel to represent it in the actions by August 7, 2008, and that if it did not, then all three of the referenced cases would be dismissed. August 7 has come and gone, and no attorney has entered an appearance on behalf of Coppedge in any of the cases. Thus, the defendants in all of the referenced cases respectfully request that these actions be dismissed with prejudice.

    As always, counsel remains available at the Court's convenience if Your Honor has any questions.

    Respectfully,

    Michael R. Robinson
    (Del. Bar No. 4452)

cc:   Mr. James Coppedge
       (Via First Class U.S. Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
560792.1 8/5/08                           A DELAWARE LIMITED LIABILITY PARTNERSHIP