IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, <br><br>  Defendant. | Case No.: 1:07-cv-00684-GMS |

### RENEWED MOTION TO DISMISS

Defendant City of Philadelphia (the "City"), by its undersigned counsel, hereby renews its request that this Court dismiss the Complaint in this action with prejudice because:

1. Plaintiff has failed to retain counsel as ordered by this Court on July 8, 2008 (D.I. 29); and

2. For all the reasons stated in the Motion to Dismiss filed on December 31, 2007 (D.I. 15) as well as the Opening Brief in support thereof (D.I. 16).

Dated: August 21, 2008

/s/ Michael R. Robinson
Michael R. Robinson (Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:  (302) 421-6800
Facsimile:  (302) 421-6813
Email: mrobinson@saul.com
*Counsel for Defendant
City of Philadelphia*

561110.2 8/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Case No.: 1:07-cv-00684-GMS |

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant City of Philadelphia's Renewed Motion to Dismiss the Complaint, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

                                                                                                   _____
                                                                                                   Chief Judge Gregory M. Sleet
                                                                                                   United States District Court

## **CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on this 21st day of August, 2008 I caused to be electronically filed a true and correct copy of the foregoing ***Renewed Motion to Dismiss, and (Proposed) Order*** with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA  19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA  19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:   (302) 421-6800
Email:          mrobinson@saul.com